

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2014

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP, LLC** and Infinity County Mutual Insurance Company,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice-not participating

The Appellee's Infinity County Mutual Insurance Company's Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on January 16, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court